**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Valeriy Vladimirovich Elizov, as Next Friend of Aliia Ravilevna Suleimanova,

Petitioner,

v.

Eric Rokosky,

Respondent.

No. CV-26-07922-PHX-SPL

**ORDER**

On October 28, 2026, Valeriy Vladimirovich Elizov (Elizov) submitted a Petition Under 28 U.S.C. § 2241 for Writ of Habeas Corpus by a Person in Federal Custody (Doc. 1) as a "next friend" on behalf of Petitioner Aliia Ravilevna Suleimanova, who is detained in the Eloy Detention Center.

The Court ordered Respondent to show cause why the Petition should not be granted. (Doc. 4.) In the Response, Respondent states: "Respondent does not oppose the habeas petition or Petitioner's requested relief for the release of Aliia Ravilevna Suleimanova from custody." (Doc. 6.) The Court accepts this concession as non-opposition to granting the Petition.

**IT IS ORDERED:**

(1) Elizov's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his request for Aliia Ravilevna Suleimanova's release from custody. The remainder of the Petition is denied as moot.

(2) Respondent must immediately release Aliia Ravilevna Suleimanova from custody under the same conditions that existed before her detention.

(3) Respondent must provide a notice of compliance within **two days** of this Order.

(4) Any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 9th day of November, 2026.

Honorable Steven P. Logan
United States District Judge